UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL CASE NO. 3:07-CR-70 |
| | ) JUDGE VARLAN/SHIRLEY |
| JIMMY DAVID MALONE | ) |

# ORDER

On the petition of the United States of America by James R. Dedrick, United States Attorney for the Eastern District of Tennessee,

It is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad prosequendum to the Sheriff, Knox County Jail, Knoxville, Tennessee, to bring Jimmy David Malone before this Court at Knoxville, Tennessee, on the 28th day of August, 2007 at 10:00 a.m. on that day, for an initial appearance, or for his case to be otherwise disposed of, and each day thereafter until said case is disposed of, and immediately thereafter be returned to said Sheriff, Knox County Jail, Knoxville, Tennessee.

And it is further ordered that, in the event the Sheriff, Knox County Jail, Knoxville, Tennessee, so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, is directed to receive said Jimmy David Malone, into his custody

and transport him to and from said Knox County Jail, Knoxville, Tennessee, and this Court for the aforesaid purpose.

APPROVED FOR ENTRY:

_____
United States Magistrate Judge